UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER,<br><br>           Petitioner,<br><br>    v.<br><br>WARDEN OF CSATF,<br><br>           Respondent. | CASE NO. CV 19-8720-DMG (PJW)<br><br>ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

Before the Court is Petitioner's second attempt to challenge his April 2006 state conviction and subsequent sentence. The Court dismissed his first petition in 2014 as untimely. (*Callender v. Knipp*, CV 12-7481-DMG (PJW), January 30, 2014 Order.) Petitioner attempted to appeal the Court's ruling, but his application for a certificate of appealability was denied. (*Callender v. Knipp*, CCA No. 14-55343, September 26, 2014 Order.)

A petition that is dismissed for untimeliness "presents a 'permanent and incurable' bar to federal review of the underlying claims" and renders a subsequent petition second or successive. *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009). Absent an order from the Ninth Circuit, Petitioner may not bring a habeas petition challenging his April 2006 conviction in this court. *See* 28 U.S.C.

§ 2244; *see also Burton v. Stewart,* 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court).

Further, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its ruling, Petitioner is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: November 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

O:\ECF Ready\LA19CV08720DMG(PJW)_Callender_ord.wpd