UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT ANTHONY CALLENDER, | ) | CASE NO. CV 19-8720-DMG (PJW) |
| Petitioner, | ) ) | |
| | ) | J U D G M E N T |
| v. | ) ) | |
| WARDEN OF CSATF, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\LA19CV08720DMG(PJW)_Callender_judgment.wpd